# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JONATHAN RUSSELL WRIGHT, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-20-345-SLP |
| FNU RIVERS, Warden, | ) |
| Respondent. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Suzanne Mitchell entered May 1, 2020 [Doc. No. 13]. No objection to the R. & R. has been filed; nor has an extension of time in which to object been sought or granted.

IT IS THEREFORE ORDERED that the R. & R. [Doc. No. 13] is ADOPTED in its entirety and Petitioner's § 2241 Petition is DISMISSED for lack of jurisdiction.[1]

IT IS SO ORDERED this 3rd day of June, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a petitioner. However, "a federal prisoner . . . does not need a COA to appeal a final judgment in a § 2241 case." *Eldridge v. Berkebile*, 791 F.3d 1239, 1241 (10th Cir. 2015). Thus, the Court need not consider a COA in this case.